United States District Court
Southern District of Texas
**ENTERED**
June 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEAL VERMA, *et al.* | § | |
| Petitioners | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01158 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

On June 25, 2025, Plaintiffs Neal and Amitha Verma and Defendant United States of America filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 18) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on June 26, 2025.

George C. Hanks Jr
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE